RECEIVED
IN LAKE CHARLES, LA

DEC 22 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FRANCISCO FIGUEREDO-QUINTERO<br>D.O.C. # 577352 | * <br> * <br> * | CIVIL ACTION NO. 2:16 -CV-00085<br>SECTION P |
| v. | * <br> * | |
| NATHAN CAIN, II | * <br> * <br> * <br> * | JUDGE MINALDI<br><br>MAGISTRATE JUDGE KAY |

*********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 13) of the Magistrate Judge previously filed herein, after a review of the petitioner's Objections (Rec. Doc. 14), a review of the respondent's Response (Rec. Doc. 15), a review of the petitioner's Traverse to the Response (Rec. Doc. 16),[1] a review of the petitioner's Supplement to his Traverse (Rec. Doc. 17), an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that this application is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 19day of _____Dec_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] The petitioner did not ask leave of court to file this traverse. However, the court will consider the filing, taking into account that the petitioner is *pro se*.